UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AHMAAD GRIFFIN, Administrator Ad Prosequendum of the Estate of GREGORY GRIFFIN, and AHMAAD GRIFFIN, Administrator of the Estate of GREGORY GRIFFIN, <br><br> *Plaintiffs,* <br> v. <br><br> THE CITY OF NEWARK, NEWARK POLICE DEPARTMENT, P.O. JOVANNY CRESPO, P.O. HECTOR ORTIZ, JOHN DOES 1-20 (names fictitious as currently unknown), <br><br> *Defendants.* | Civil Action No. 20-17290 (KSH) (CLW) <br><br><br> **ORDER** |

Upon consideration of plaintiffs' motion to remand (D.E. 5) and Magistrate Judge Waldor's report and recommendation recommending that the motion to remand be granted (D.E. 10); and the Court having considered the parties' submissions; and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 20th day of December, 2021,

**ORDERED** that the report and recommendation (D.E. 10) is ADOPTED; and it is further

**ORDERED** that the motion to remand (D.E. 5) is GRANTED, and this case is remanded to the SUPERIOR COURT OF NEW JERSEY, LAW DIVISION, ESSEX COUNTY.

The Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.